1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Zilog, Inc.,

              Plaintiff(s),

   v.

Quicklogic Corporation,

              Defendant(s).

_____/

NO. C 03-03725 JW

**ORDER LIFTING STAY; SETTING HEARING DATE FOR MOTION TO AMEND INFRINGEMENT CONTENTIONS**

The Court conducted a case management conference on November 7, 2005.  Based upon the conference, the Court orders as follows.

1.  The stay is lifted.

2.  Plaintiff's motion to amend its PLR Initial Disclosure of Asserted Claims and Preliminary Infringement Contentions will be heard on February 13, 2006 at 9:00 a.m.  The motion must be noticed in accordance with the Local Rules.

3.  The parties shall not engage in any discovery pending further order of the Court.

Dated: November 8, 2005

/s/James Ware
_____
JAMES WARE
United States District Judge

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Albert P.  Bedecarre albedecarre@quinnemanuel.com
    Anne-Marie Dinius anne-marie.dinius@dlapiper.com
3   Connie Eileen Merriett merriett@kerrwagstaffe.com
    David Eiseman davideiseman@quinnemanuel.com
4   David A.  Perlson davidperlson@quinnemanuel.com
    George Hopkins Guy hopguy@orrick.com
5   Monte M.F. Cooper mcooper@orrick.com

6   **Dated: November 8, 2005**                          **Richard W. Wieking, Clerk**

7

8                                                        **By:   /s/JW Chambers**
                                                              **Ronald L. Davis**
9                                                             **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California