IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zilog, Inc., | NO. C 03-03725 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Quicklogic Corporation, | |
| Defendant. | |

The case management conference presently scheduled for February 13, 2006 is moved to March 13, 2006 to coincide with Plaintiff's Motion to Amend Infringement Contentions. The hearing on the motion is scheduled at 9 a.m. and the case management conference is scheduled at 10 a.m.

Dated: January 26, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Albert P. Bedecarre albedecarre@quinnemanuel.com
David Eiseman davideiseman@quinnemanuel.com
David A. Perlson davidperlson@quinnemanuel.com
George Hopkins Guy hopguy@orrick.com
Monte M.F. Cooper mcooper@orrick.com

**Dated: January 26, 2006**                               **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
         **Melissa Peralta**
         **Courtroom Deputy**