1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  |   David Eiseman (Bar No. 114758)
  |   Albert P. Bedecarré (Bar No. 148178)
  |   Emily C. O'Brien (Bar No. 240072)
  | 50 California Street, 22nd Floor
  | San Francisco, California  94111
  | Telephone:     (415) 875-6600
  | Facsimile:     (415) 875-6700
  | Email: davideiseman@quinnemanuel.com
  |        albedecarre@quinnemanuel.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
 G. Hopkins Guy, III (State Bar No. 124811)
 Kevin Jones (State Bar No. 240205)
1000 Marsh Road
Menlo Park, California  94025
Telephone:     (650) 614-7400
Facsimile:     (650) 614-7401
Email: hopguy@orrick.com
       kjones@orrick.com

Attorneys for Plaintiff and
Counterclaim Defendant
ZiLOG, Inc.

Attorneys for Defendant and Counterclaimant
QuickLogic Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZiLOG, Inc., a Delaware corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>QUICKLOGIC CORPORATION,<br>a Delaware corporation,<br><br>                Defendant. | CASE NO. C 03-3725 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DATE FOR SERVICE OF ZILOG, INC.'S AMENDED DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS**<br><br>Judge:  The Honorable James Ware<br>Date:   March 13, 2006<br>Time:   9:00 a.m.<br>Ctrm:   8, 4th Floor |

**STIPULATION**

WHEREAS:

A.      The Court granted Plaintiff ZiLOG, Inc. ("ZiLOG") leave to serve Amended Disclosures of Asserted Claims and Preliminary Infringement Contentions by Order dated March 6, 2006, which took off calendar the hearing previously scheduled for March 13, 2006;

B. The Court also previously scheduled a Case Management Conference for March 13, 2006; and

C. ZiLOG and Defendant QuickLogic Corporation ("QuickLogic") wish to have the Case Management Conference continued until a date after ZiLOG has served its Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions and after QuickLogic has had time to review them;

Accordingly, IT IS HEREBY STIPULATED by and between ZiLOG and QuickLogic, through their respective counsel of record, as follows:

1. ZiLOG shall serve QuickLogic with ZiLOG's Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions pursuant to Patent Local Rules 3-1 and 3-2 by March 31, 2006;

2. A Joint Case Management Statement shall be filed by the parties on April 17, 2006.

3. The Case Management Conference is continued to April 24, 2006 at 9:00 a.m., in Courtroom 8 of the United States District Court for the Northern District of California, located at 280 S. First Street, San Jose, California.

DATED: March 10, 2006        QUINN EMANUEL URQUHART
                             OLIVER & HEDGES, LLP


                             By     /s/ Albert P. Bedecarré
                                Albert P. Bedecarré
                                Attorneys for Plaintiff and Counterclaim
                                Defendant
                                ZiLOG Incorporated

DATED: March 10, 2006        ORRICK, HERRINGTON & SUTCLIFFE LLP


                             By     /s/ G. Hopkins Guy, III
                                G. Hopkins Guy, III
                                Attorneys for Defendant and Counterclaimant
                                QuickLogic Corporation

1 **<u>ORDER</u>**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  Dated: March __13__, 2006

5

6  By: _/s/ James Ware_____

7  Honorable James Ware
   United States District Judge

STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING
Case No. C 03-03725 JW (HRL)

-3-