IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zilog, Inc., | NO. C 03-03725 JW |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Quicklogic Corporation, | |
| Defendant. | |

On April 24, 2006, the Court conducted a case management conference. The Defendant requested 90 days to determine whether to file a re-examination of U.S. Patent 4,670,479, including potentially invalidating prior art with the U.S. Patent Office. The Plaintiff requested, and the Court ordered, discovery with respect to specified parts and schematics.

A further case management conference is schedule for August 21, 2006 at 10 a.m.[1]  Pursuant to the Civil Local Rules of this Court, the parties shall file a joint case management statement no later than 10 days before the date of the conference.

Dated: May 30, 2006

JAMES WARE
United States District Judge

---

[1] The Court had originally selected August 7, 2006 for the case management conference, however, that date is no longer available. Accordingly, the Court sets the conference for August 21.

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Albert P. Bedecarre albedecarre@quinnemanuel.com
   David Eiseman davideiseman@quinnemanuel.com
3  David A. Perlson davidperlson@quinnemanuel.com
   George Hopkins Guy hopguy@orrick.com
4  Monte M.F. Cooper mcooper@orrick.com

5

6  **Dated: May 30, 2006**                               **Richard W. Wieking, Clerk**

7
                                                         **By:  /s/ JW Chambers**
8                                                              **Melissa Peralta**
                                                               **Courtroom Deputy**
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28