IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zilog, Inc., | NO. C 03-03725 JW |
|     Plaintiff,<br>  v. | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| Quicklogic Corporation, | |
|     Defendant. | |

Due to the Court's unavailability, the case management conference currently scheduled for August 21, 2006 at 10 a.m. is vacated. The new case management conference is set for **September 11, 2006 at 10 a.m.** Pursuant to the Civil Local Rules of this Court, the parties shall file a joint case management statement no later than 10 days before the date of the conference.

Dated: May 30, 2006

                                                 JAMES WARE<br>
                                                 United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Albert P. Bedecarre albedecarre@quinnemanuel.com
David Eiseman davideiseman@quinnemanuel.com
David A. Perlson davidperlson@quinnemanuel.com
George Hopkins Guy hopguy@orrick.com
Monte M.F. Cooper mcooper@orrick.com

**Dated: May 30, 2006**                                   **Richard W. Wieking, Clerk**

                                                          **By:  /s/ JW Chambers
                                                                 Melissa Peralta
                                                                 Courtroom Deputy**