1    QUINN EMANUEL URQUHART                    ORRICK, HERRINGTON & SUTCLIFFE LLP
     OLIVER & HEDGES, LLP                       G. Hopkins Guy, III (State Bar No. 124811)
2    David Eiseman (Bar No. 114758)             Kevin Jones (State Bar No. 240205)
     Albert P. Bedecarré (Bar No. 148178)       1000 Marsh Road
3    Carl G. Anderson (Bar No. 239927)          Menlo Park, California  94025
     Emily C. O'Brien (Bar No. 240072)          Telephone:     (650) 614-7400
4    50 California Street, 22nd Floor           Facsimile:     (650) 614-7401
     San Francisco, California  94111           Email: hopguy@orrick.com
5    Telephone:     (415) 875-6600                     kjones@orrick.com
     Facsimile:     (415) 875-6700
6    Email: davideiseman@quinnemanuel.com       Attorneys for Defendant and Counterclaimant
            albedecarre@quinnemanuel.com        QuickLogic Corporation
7           carlanderson@quinnemanuel.com
            emilycobrien@quinnemanuel.com
8
     Attorneys for Plaintiff and
9    Counterclaim Defendant
     ZiLOG, Inc.
10

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14

15   ZiLOG, Inc., a Delaware corporation,       CASE NO. C 03-3725 JW (HRL)

16                  Plaintiff,                   **STIPULATION AND [~~PROPOSED~~]
                                                 ORDER TO AMEND PATENT
17          v.                                   SCHEDULING ORDER**

18   QUICKLOGIC CORPORATION,
     a Delaware corporation,                     Judge:      The Honorable James Ware
19
                    Defendant.
20

21

22

23

24

25

26

27

28

1

**STIPULATION**

2

WHEREAS:

3

A.    The Court issued a Patent Scheduling Order dated September 14, 2006;

4

B.    The Court's Patent Scheduling Order contains dates that are inconsistent with the

5 Patent Local Rules and the Claim Construction Hearing date, set by the Court at the Case

6 Management Conference on September 11, 2006.  For example, the Joint Claim Construction and

7 Prehearing Statement is currently due two days after Plaintiff's Opening Claim Construction

8 Brief; and

9

C.    Plaintiff ZiLOG, Inc. ("ZiLOG") and Defendant QuickLogic Corporation

10 ("QuickLogic") wish to alleviate these apparent inconsistencies;

11

Accordingly, IT IS HEREBY STIPULATED by and between ZiLOG and QuickLogic,

12 through their respective counsel of record, that the following amended schedule be set for Claim

13 Construction in this matter:

14

**AMENDED CLAIM CONSTRUCTION SCHEDULE**

15

| DATE | ACTION |
|---|---|
| October 17, 2006 | P.L.R. 4-1(a): Exchange of terms and identification of § 112(6) limitations |
| October 31, 2006 | P.L.R. 4-2(a) and (b): Exchange preliminary proposed constructions and supporting extrinsic evidence |
| November 27, 2006 | P.L.R. 4-3: File Joint Claim Construction and Prehearing Statement |
| December 29, 2006 | P.L.R. 4-4: Deadline for Claim Construction Discovery |
| January 5, 2007 | P.L.R. 4-5(a): ZiLOG opening brief and supporting evidence |
| January 19, 2007 | P.L.R. 4-5(b): QuickLogic responsive brief and supporting evidence |
| January 26, 2007 | P.L.R. 4-5(c): ZiLOG reply brief and supporting evidence |
| February 9, 2007 | P.L.R. 4-6: Claim Construction Hearing |

16
17
18
19
20
21
22
23
24
25
26
27
28

1

2     Dated: October 12, 2006                QUINN EMANUEL URQUHART
                                             OLIVER & HEDGES, LLP
3

4                                            By:   /s/ Albert P. Bedecarré
                                                 Albert P. Bedecarré
5                                            Attorneys for Plaintiff and Counterclaim Defendant
                                             ZiLOG, Inc.
6

7     Dated: October 12, 2006                ORRICK, HERRINGTON & SUTCLIFFE LLP

8

9                                            By:   /s/ Kevin C. Jones
                                                 Kevin C. Jones
10                                           Attorneys for Defendant and Counterclaimant
                                             QuickLogic Corporation
11

12

13

14                                    **<u>ORDER</u>**

15

16    PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18    Dated: October _13_, 2006

19

20                                           By:
                                                 Honorable James Ware
21                                               United States District Judge

22

23

24

25

26

27

28