IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zilog, Inc., | NO. C 03-03725 JW |
| Plaintiff, | **NOTICE OF INTENT TO APPOINT SPECIAL MASTER** |
| v. | |
| Quicklogic Corporation, | |
| Defendant. | |

On September 11, 2006, the Court conducted a case management conference. Counsel for the respective parties were present. At the conference, the Court proposed the nomination of a Special Master to assist in the management of this lawsuit. The parties were agreeable.

Pursuant to Fed. R. Civ. P. 53, the Court notifies the parties of its intent to appoint Thomas Denver, 96 North Third Street, Suite 300, San Jose, California 95112, (408) 280-7883, as the Special Master of this case. Mr. Denver shall be the Special Master for all discovery proceedings, with the power to hear and to make reports and recommendations on the following:

1. Case development processes (e.g., staged discovery and discovery schedules or plans);
2. Disclosures and discovery;
3. Disclosures or discovery disputes.

At the April 24, 2006 case management conference, Defendants were ordered to provide Plaintiff five (5) samples for each of nine (9) Quicklogic parts which may infringe any of claims 1-3 of U.S. Patent 4,670,479. At the September 11, 2006, the Court learned that this exchange had not

occur. Accordingly, Mr. Denver shall exercise the power necessary or proper to regulate all proceedings before him with respect to discovery issues and shall do all acts and take all measures necessary or proper for the efficient performance of his duties under this Order.

Unless the Court receives a recommendation from the Special Master from some other apportionment, each party shall bear the costs of the Special Master on a per capita basis, payable in advance. The Special Master shall report to the Court on a periodic basis regarding the state of his fees and expenses. Unless otherwise ordered, the Special Master shall, in his report, advise the Court, without specifically identifying parties, as to whether the parties are current in their payment of his fees and expenses.

The parties shall have ten days from the date of this notice to file any objections to Mr. Denver being named as Special Master. If no objection is filed and if Mr. Denver files the affidavit required by Fed. R. Civ. P. 53(b)(3), the Court's appointment of Mr. Denver as Special Master shall become effective twelve days after the date of this Notice.

The Clerk shall add Mr. Denver on the e-fling service list.

Dated: October 19, 2006

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Albert P. Bedecarre albedecarre@quinnemanuel.com
David Eiseman davideiseman@quinnemanuel.com
David A. Perlson davidperlson@quinnemanuel.com
Emily Christina O&#039;Brien emilyobrien@quinnemanuel.com
George Hopkins Guy hopguy@orrick.com
Monte M.F. Cooper mcooper@orrick.com

Thomas Denver
96 North Third Street, Suite 300
San Jose, California 95112

**Dated: October 19, 2006**                    **Richard W. Wieking, Clerk**


                                                **By:   /s/ JW Chambers
                                                       Elizabeth Garcia
                                                       Courtroom Deputy**