| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>David Eiseman (Bar No. 114758)<br>Albert P. Bedecarré (Bar No. 148178)<br>Emily C. O'Brien (Bar No. 240072)<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Telephone:     (415) 875-6600<br>Facsimile:      (415) 875-6700<br>Email:davideiseman@quinnemanuel.com<br>          albedecarre@quinnemanuel.com<br>          emilycobrien@quinnemanuel.com<br><br>Attorneys for Plaintiff and<br>Counterclaim Defendant<br>ZiLOG, Inc. | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>G. Hopkins Guy, III (State Bar No. 124811)<br>Kevin Jones (State Bar No. 240205)<br>1000 Marsh Road<br>Menlo Park, California  94025<br>Telephone:     (650) 614-7400<br>Facsimile:      (650) 614-7401<br>Email: hopguy@orrick.com<br>          kjones@orrick.com<br><br>Attorneys for Defendant and Counterclaimant<br>QuickLogic Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZiLOG INC.,<br>a Delaware corporation,<br><br>                        Plaintiff,<br><br>       v.<br><br>QUICKLOGIC CORPORATION<br>a Delaware corporation,<br><br>                        Defendants. | Case No.  C 03-3725 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a) and Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ZiLOG Inc. ("ZiLOG") and Defendants Quicklogic Corporation ("Quicklogic"), through their respective counsel of record, as follows:

1. All claims in ZiLOG's Complaint for Patent Infringement, filed August 11, 2003, are dismissed with prejudice.

2. All claims in Quicklogic's Answers and Counterclaims to ZiLOG's Complaint for Patent Infringement, filed October 9, 2003, are dismissed with prejudice.

3. ZiLOG and Quicklogic shall bear their own costs and attorneys' fees in connection with their prosecution and defense of the above-referenced claims.

Dated:  November 15, 2006         QUINN EMANUEL URQUHART
                                  OLIVER & HEDGES

                                  By:     /s/ Albert P. Bedecarre
                                        Albert P. Bedecarré
                                        Attorneys for Plaintiff
                                        ZiLOG Inc.

Dated:  November 15, 2006         ORRICK, HERRINGTON & SUTCLIFFE LLP

                                  By:     /s/ G. Hopkins Guy III
                                        G. Hopkins Guy III
                                        Attorneys for Defendants
                                        QuickLogic Corporation

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __Novmeber 16th__, 2006

_____
The Honorable James Ware
United States District Judge

OHS West:260120743.1
8469-6 A3D/A3D